UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| STEPHEN JONES, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. 4:15-cv-21 |
| v. ) | |
| ) | Judge Mattice |
| G. RONNIE GUNTER, *et al.* ) | Magistrate Judge Lee |
| ) | |
| *Defendants*. ) | |
| ) | |

## **ORDER**

On June 4, 2015, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation (Doc. 9) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that Gary Jones' Applications to Proceed *In Forma Pauperis* (Docs. 2, 8) and Stephen Jones' Application to Proceed *In Forma Pauperis* (Docs. 3, 7) be denied and that Plaintiffs be assessed the $400.00 filing fee. Magistrate Judge Lee also recommended that Plaintiffs be permitted to pay the filing fee over five monthly installments of $80.00. (Doc. 9 at 2).

Plaintiffs have filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's Report and Recommendation. Plaintiffs' Applications to Proceed *In Forma Pauperis* (Docs. 2,3,7,8) are hereby **DENIED**. Commensurate with the Magistrate Judge's

---

[1] Magistrate Judge Lee specifically advised Plaintiffs that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive their right to appeal. (Doc. 9); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

recommendations, Plaintiffs **SHALL** be assessed the civil filing fee and may pay the fee over five monthly installments of $80.00.

**SO ORDERED** this 22nd day of June, 2015.

                                                */s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE